```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 08 B 32211
   ASAAD YASER
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-8468

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 11/25/2008 and was not confirmed.

    The case was dismissed without confirmation 01/08/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
HSBC BANK USA         MORTGAGE NOTI  NOT FILED              .00           .00
HSBC BANK             CURRENT MORTG        .00              .00           .00
HSBC BANK             SECURED NOT I   84422.30              .00           .00
PRO SE DEBTOR         DEBTOR ATTY          .00                            .00
TOM VAUGHN            TRUSTEE                                             .00
DEBTOR REFUND         REFUND                                              .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                      --------------      --------------
TOTALS                      .00                     .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
    Dated: 03/05/09                  _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```